# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLUMBUS CHRIS WILLIAMS,** <br> Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4516** |
| **JOHN DOE,** <br> Defendant | **SECTION: "E" (5)** |

## ORDER

The Court, after considering the Complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date Columbus Chris Williams ("Plaintiff") has filed no objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly;

**IT IS ORDERED** that the petition of Columbus Chris Williams for issuance of a writ of habeas corpus under 28 U.S.C. § 2241, properly construed as requesting relief under § 2254, is hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction and failure to establish authorization to proceed with a second or successive petition.

**New Orleans, Louisiana, this 22nd day of December, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] On December 15, 2022 and December 21, 2022, respectively, the Eastern District of Louisiana's Clerk of Court docketed two letters it received from the Plaintiff after the Magistrate Judge issued his Report and Recommendations on December 6, 2022. *See* R. Docs. 9 and 10. It is apparent neither letter is an objection to the Report and Recommendations: (1) Record Document 9 is a letter from Plaintiff dated December 2, 2022, and Record Document 10 is a letter from Plaintiff dated September 2, 2022, both dates falling before the Report and Recommendations was issued; and (2) neither Record Documents 9 nor 10 relates to the subject matter of the Magistrate Judge's Report and Recommendations. Accordingly, the Court finds Williams has not objected to the Magistrate Judge's Report and Recommendations.